IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DARLENE JONES, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | C.A. No. 3:22-cv-218 |
| | § | |
| MANUEL HERNANDEZ MARTINEZ | § | |
| AND A & I TRANSPORT, INC., | § | |
| | § | |
| *Defendants.* | § | |

---

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 and § 1446, and Local Rule 81 of the United States District Court for the Southern District of Texas, Defendants Manuel Hernandez Martinez ("Martinez") and A & I Transport, Inc. ("A & I") file this Notice of Removal from the 253rd Judicial District Court of Chambers County, Texas.  In support of their Notice of Removal, Defendants show as follows:

### A. Introduction

1. The removed case is a civil action, initially filed on April 14, 2022, by Plaintiff in the 253rd Judicial District Court of Chambers County, Texas entitled *Darlene Jones v. Manuel Hernandez Martinez and A & I Transport, Inc.*

2. Plaintiff is Darlene Jones; Defendants are Manuel Hernandez Martinez and A & I Transport, Inc.

3. On April 14, 2022, Plaintiff sued Defendants for negligence in the 253rd Judicial District Court of Chambers County, Texas.

4.      Plaintiff alleges in her Petition that she suffered personal injuries due to a motor vehicle accident that occurred on November 1, 2020 (Petition, § V).  Plaintiff alleges claims of negligence against both Defendants.

5.      On May 11, 2022, Defendants Manuel Hernandez Martinez and A & I Transport, Inc. were each served with a summons and a copy of Plaintiff's Original Petition ("Petition"), which is attached to this Notice of Removal.  Defendants file this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b)(1). *Bd. of Regents of Univ. of Tex. Sys. v. Nippon Tel. & Tel. Corp.,* 478 F.3d 274, 278 (5th Cir. 2007).

### B. Basis for Removal

6.      Removal is proper because there is complete diversity between the parties. 28 U.S.C. § 1332(a); *Johnson v. Columbia Props. Anchorage, LP*, 437F.3d 894, 899-900 (9th Cir. 2006).  Plaintiff is a resident of Port Arthur, Jefferson County, Texas (Petition, § III).  A & I Transport, Inc. is a foreign corporation organized and existing under the laws of the State of California with its principal office in Watsonville, California (Petition, § IV, ¶ 1). Martinez is an individual and resident of the Merced, California (Petition, § IV, ¶ 2). Additionally, the amount in controversy exceeds $75,000, exclusive of interest and costs.

7.      All Defendants join in or consent to the removal of this case to federal court. 28 U.S.C. § 1446(b)(2)(A); *Cook v. Randolph Cty*., 573 F.3d 1143, 1150-51 (11th Cir. 2009); *Pritchett v. Cottrell, Inc*., 512 F.3d 1057, 1062 (8th Cir. 2008); *Harper v. Auto Alliance Int'l*, 392 F.3d 195, 201-02 (6th Cir. 2004).

8.      Copies of all pleadings, process, orders, and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. § 1446(a).

9.     Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where suit has been pending is located in this district.

10.     Defendants will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

### C. *Jury Demand*

11.     Defendants demanded a jury trial in the state-court suit and the appropriate jury fee has been paid.

### D. *Prayer*

For the foregoing reasons, Defendants Manuel Hernandez Martinez and A & I Transport, Inc.  request that this suit be removed to the United States District Court for the Southern District of Texas, Galveston Division, and other relief that the Court may deem appropriate.

Respectfully submitted,

**RESNICK & LOUIS, P.C.**

*/s/ Mary Holmesly*
**MARY HOLMESLY**
State Bar No. 24057907
Southern District of Texas No: 890192
Email: mholmesly@rlattorneys.com
Jas Jordan
State Bar No. 24110069
Southern District of Texas No: 3364201
Email: jjordan@rlattorneys.com
1512 Center Street, Suite 100
Houston, Texas 77007
Telephone/Facsimile: (281) 606-0637

**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been served on all attorneys of record in this cause of action pursuant to Federal Rules of Civil Procedure on June 24, 2022.


Jonathan Juhan          Email: jonathanjuhan@sbcglobal.net
Tracy L. Henderson    Email: tracy.juhanlaw@gmail.com
Juhan Law
985 I-10 N. Suite 100
Beaumont, Texas 77706


*/s/ Mary Holmesly*
_____
Mary Holmesly

4