United States District Court
Southern District of Texas
**ENTERED**
July 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DARLENE JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:22-cv-218 |
| | § | |
| MANUEL HERNANDEZ | § | |
| MARTINEZ AND A & I | § | |
| TRANSPORT, INC., | § | |
| | § | |
| Defendants. | | |

## STIPULATED DISMISSAL

On July 9, 2024, the parties filed a joint stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 16.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 12th day of July, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE